IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMAY WILLIAMS : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security : NO. 10-1381

ORDER

R. BARCLAY SURRICK, J.

AND NOW, this 5th day of January, 2011, upon consideration of the Plaintiff's Motion for Summary Judgment, and the Defendant's Motion for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

4. The matter is remanded for a re-evaluation of the evidence with respect to the Williams' physical limitations related to the condition of her knees, permitting the parties to be heard on this specific issue.

BY THE COURT:

R. BARCLAY SURRICK, J.

Faxed to L. Weinstein
V. Adkins
C. Giunta
1/5/11